**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
ANURAG SHANKAR,                        :
                                       :
                 Plaintiff,            :        21-CV-3045 (PAE) (OTW)
                                       :
         -against-                     :        ORDER
                                       :
ACCENTURE LLP,                         :
                                       :
                 Defendant.            :
                                       :
                                       :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 16. The Initial Case Management Conference scheduled for June 8, 2021 is hereby adjourned and converted to a **status conference on Friday, June 11, 2021 at 10:30 am**. The dial in information is (866) 390-1828, access code 1582687.

Plaintiff is directed to file his amended complaint **in this Court forthwith**. Filings by a *pro se* party must be sent to the Pro Se Intake Unit by email (Temporary_Pro_Se_Filing@nysd.uscourts.gov), regular mail, or in-person delivery at the drop box at the Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007). Instructions for filing are available at https://nysd.uscourts.gov/forms/instructions-filing-documents-email and https://www.nysd.uscourts.gov/prose. If Plaintiff wishes to participate in electronic case filing ("ECF"), Plaintiff must file a Motion for Permission for Electronic Case Filing, available at https://nysd.uscourts.gov/node/844. The Pro Se Intake Unit ((212) 805-0175) may be of assistance to the Plaintiff in connection with court procedures.

Defendant is directed to email and mail a copy of this Order to Plaintiff and file proof of service on the docket by **June 2, 2021**.

**SO ORDERED.**

Dated: May 28, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge