UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANURAG SHANKAR,

           Plaintiff,

           -against-

ACCENTURE LLP,

           Defendant.
------------------------------------------------------------x

21-CV-3045 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed Plaintiff's counsel's motion to withdraw (ECF 36-37). By **March 2, 2022**, Plaintiff's counsel shall supplement his motion with further supporting papers filed under seal.[1] Pursuant to Local Rule 1.4, Plaintiff's counsel shall serve his motion papers on Plaintiff and file proof of service by **March 3, 2022**. Any opposition(s) to the motion to withdraw shall be filed by **March 16, 2022**. No replies are permitted. Plaintiff's counsel is directed to promptly serve a copy of this Order on Plaintiff and file proof of service by **March 3, 2022**. The March 2, 2022 Pre-Settlement Conference Scheduling Call is adjourned *sine die*.

    **SO ORDERED.**

Dated: February 24, 2022
       New York, New York

                              *s/ Ona T. Wang*
                              **Ona T. Wang**
                              United States Magistrate Judge

---

[1] "[D]ocuments in support of motions to withdraw as counsel are routinely filed under seal where necessary to preserve the confidentiality of the attorney-client relationship between a party and its counsel, and . . . this method is viewed favorably by the courts." *Team Obsolete Ltd. v. A.H.R.M.A. Ltd.*, 464 F.Supp.2d 164, 166 (E.D.N.Y. 2006).