UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANURAG SHANKAR,

                              Plaintiff,

        -v-

ACCENTURE LLP,

                             Defendant.

21 Civ. 3045 (PAE) (OTW)

ORDER

PAUL A. ENGELMAYER, District Judge:

      On February 14, 2023, the Honorable Ona T. Wang, Magistrate Judge, issued a Report and Recommendation as to defendant's motion to dismiss. Dkt. 48. Defendant is directed to file, no later than February 23, 2023, proof of service of the Report on plaintiff. Plaintiff's objections shall be due March 9, 2023; any responses to plaintiff's objections shall be due March 23, 2023.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 21, 2023
        New York, New York